**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 99-2065

———————

ANDREA G. BRIGGS,

                                        Plaintiff - Appellant,

        versus

RICHARD L. DANZIG, Secretary of the Navy,

                                        Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Catherine C. Blake, District Judge.  (CA-
98-4030-CCB)

———————

Submitted:  October 21, 1999        Decided:  October 26, 1999

———————

Before WIDENER and TRAXLER, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Andrea G. Briggs, Appellant Pro Se.  Perry F. Sekus, OFFICE OF THE
UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Andrea G. Briggs appeals from the district court's order granting summary judgment to the defendants on her employment discrimination action. Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Briggs v. Danzig</u>, No. CA-98-4030-CCB (D. Md. May 26, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>